UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES D. WELKER, JR.,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>   Defendant. | CIVIL ACTION NO. 3:19-CV-01919<br><br>(MEHALCHICK, M.J.) |

### ORDER

AND NOW, this 25th day of February, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that:

1. The Commissioner's decision to deny plaintiff Charles D. Welker, Jr. benefits under Title II of the Social Security Act (*see* [Doc. 1)](#) is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Welker; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                        BY THE COURT:

Dated: February 25, 2021                                *s/ Karoline Mehalchick*
                                                        **KAROLINE MEHALCHICK**
                                                        **United States Magistrate Judge**